FILE COPY

RE: Case No. 25-0016                          DATE: 1/8/2025
COA #: 15-24-00037-CV              TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

     A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    TRAVIS  EUBANKS
                    * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016                    DATE: 1/8/2025
COA #: 15-24-00037-CV          TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


                    JARRETT  WOODWARD
                    * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016                    DATE: 1/8/2025
COA #: 15-24-00037-CV          TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


AMANDA  EUBANKS
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016          DATE: 1/8/2025
COA #: 15-24-00037-CV       TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. WILLIAM WASSDORF
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                    DATE: 1/8/2025
COA #: 15-24-00037-CV              TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

   A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    EVAN  WELTGE
                    OFFICE OF THE ATTORNEY GENERAL OF
                    TEXAS
                    PO BOX 12548
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016          DATE: 1/8/2025
COA #: 15-24-00037-CV          TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                         DATE: 1/8/2025
    COA #: 15-24-00037-CV              TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *